**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000594
23-JAN-2019
09:05 AM**

NO. CAAP-17-0000594

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOHN RADCLIFFE, CHARLES MILLER, M.D.,
AND COMPASSION & CHOICES,
Plaintiffs-Appellants,
v.
STATE OF HAWAI'I; DOUGLAS CHIN, ATTORNEY GENERAL;
AND KEITH M. KANESHIRO, PROSECUTING ATTORNEY
FOR THE CITY AND COUNTY OF HONOLULU,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 17-1-0053-01)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed January 17, 2019, by Plaintiffs-Appellants John Radcliffe, Charles Miller, M.D., and Compassion & Choices, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, January 23, 2019.

Chief Judge

Associate Judge

Associate Judge

2